# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KIMBERLY CLAIRE LAMBERT,

    Plaintiff,

v.                                                             Case No: 8:21-cv-2579-CEH-JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on July 8, 2022 (Doc. 22). Magistrate Judge Sneed recommends that: (1) The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 21) be granted; (2) The Commissioner's decision denying Plaintiff's application for social security disability insurance benefits be reversed; (3) The case be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the reasons stated in the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 21); and (4) The Clerk of the Court be directed to enter judgment in Plaintiff's favor, terminate all other pending motions, and close this case. Neither party has objected to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file,

the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 22) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 21) is **GRANTED**.

(3) The final decision of the Commissioner is **REVERSED**. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the reasons stated in the Commissioner's unopposed motion for entry of judgment with remand (Doc. 21).

(4) The Clerk is directed to terminate any pending motions, enter a judgment in favor of Plaintiff, and close this case.

**DONE** and **ORDERED** at Tampa, Florida on July 25, 2022.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Julie S. Sneed